RE: Case No. 17-0967
COA #: 12-16-00205-CV
STYLE: NATIONAL LAND RECORDS LLC v. PEIRSONPATTERSON LLP

DATE: 11/29/2017
TC#: 15-02287-158

    Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

**FILED**

11/29/2017

**Twelfth Court of Appeals**
**Pam Estes**
**Clerk**

MS. PAM ESTES
TWELFTH COURT OF APPEALS
1517 W. FRONT ST., STE. 354
TYLER, TX 75702
* DELIVERED VIA E-MAIL *